**Order entered March 19, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00744-CV

### ROBBIE LESA HAMES HORTON, Appellant

### V.

### KIMBERLY A. STOVALL, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14190**

### ORDER

On March 13, 2020, Robbie Lesa Hames Horton filed appellant's Amended

Brief. Kimberly A. Stovall may file, but is not required to file, within **TWENTY**

**DAYS** of the date of this order, an amended response brief.

/s/ DAVID EVANS
   JUSTICE